UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN ANTONIO CASTRO-OSUNA,<br><br>    Defendant. | Case No. **19CR4218W**<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Sergio Diaz-Hernandez</u>, Case No. 19CR4072-W, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

  X   (2) Prosecution against different defendants arises from:

    \_\_\_\_\_ (a) A common wiretap

    \_\_\_\_\_ (b) A common search warrant

      X   (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: October 18, 2019.

ROBERT S. BREWER, JR.
United States Attorney